SEALED

s/ mariafujita

ORDERED UNSEALED on 02/24/2026 s/ mariafujita

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC CARRILLO,<br>Defendant. | Case No.: 26-mj-99<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about August 7, 2025, within the Southern District of California, defendant ERIC CARRILLO knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

PAUL KIRWAN Digitally signed by PAUL KIRWAN Date: 2026.01.09 06:59:25 -08'00'

PAUL KIRWAN
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 9th day of January 2026.

HON. VALERIE E. TORRES
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On August 7, 2025, at approximately 10:37 a.m., an Officer with the Escondido Police Department observed a silver Infiniti sedan being driven near the intersection of South Quince Street and West 2nd Avenue, which is within the Southern District of California. The Officer observed the Infiniti's registration tabs were expired, in violation of California Vehicle Code §4000(a)(1). The Officer initiated his emergency lights and sirens to conduct a traffic stop of the Infiniti based on that moving violation.

The Infiniti did not immediately yield to the police lights and sirens. Instead, the Infiniti continued to travel actively attempting to evade law enforcement before both front doors opened and two males exited the Infiniti and ran on foot. The Infiniti continued to move and collided with another parked car after the males ran from it to escape police.

The driver was pursued and apprehended by police in the backyard of a nearby residence, and was identified as a male with the initials A.Z. The male who exited and ran from the front passenger's seat of the Infiniti was later identified as Eric CARRILLO, who is known to law enforcement from prior police contacts A search of the Infiniti revealed, among other items, a loaded and unserialized 9mm semi-automatic handgun (commonly referred to as a "ghost gun") and a satchel containing approximately six additional rounds of compatible 9mm Remington brand ammunition. The ghost gun was loaded with approximately seven rounds of 9mm Remington brand ammunition and was found by police concealed in an area between the passenger's seat—where CARRILLO had been sitting—and the center console of the Infiniti. Police also recovered a Viejas casino player's card belonging to CARRILLO in the front passenger area of the Infiniti. Booking paperwork and a San Diego County inmate sticker affixed to a battery pack for CARRILLO were also located inside the vehicle. The satchel containing the Remington ammunition was found in the backseat of the Infiniti. Also inside the satchel was mail addressed to a female with the initials J.R.

//

//

Records checks on CARRILLO revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 12/07/2010 | CASC – Vista | Cal. P.C. §487—Grand Theft from Person (Felony) | 32 Months Prison |
| 01/06/2015 | CASC – Vista | Cal. H&S §§11378, 11359 – Possess Controlled Substance for Sale (Felony) | 9 Years Prison |
| 12/15/2021 | CASC – Vista | Cal. P.C. §245(a)(2) Assault with Firearm on a Person (Felony) | 2 Years Prison |
| 06/13/2024 | CASC – San Diego Central | Cal. P.C. §211 Robbery | 4 Years Prison |

The Remington ammunition was seized and inspected. Preliminary checks revealed that the Remington ammunition was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**<u>REQUEST FOR SEALING</u>**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.